**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 05-1583

CHUKWUMA E. AZUBUKO,

                              Plaintiff - Appellant,

        versus

STATE OF MASSACHUSETTS,

                              Defendant - Appellee.

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.   Samuel G. Wilson, District Judge.  (CA-04-528-7)

Submitted:  September 29, 2005        Decided:  October 5, 2005

Before WILKINSON, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Chukwuma E. Azubuko, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Chukwuma E. Azubuko appeals the district court's order denying his request that the district judge recuse himself. "We review a trial judge's decision on matters of recusal for abuse of discretion." United States v. Cherry, 330 F.3d 658, 665 (4th Cir. 2003). Having reviewed the record and materials before the court, we conclude that the district court did not abuse its discretion in denying the recusal motion, and therefore we affirm the order.[*] See Azubuko v. Massachusetts, No. CA-04-528-7 (W.D. Va. filed Apr. 26, 2005 & entered Apr. 27, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*]Azubuko failed to timely appeal from the district court's order dismissing the complaint in this case. See Fed. R. App. P. 4(a). In addition, Azubuko specified in the notice of appeal his intention to challenge the recusal order. Therefore, we review only the order denying the motion to recuse. See Fed. R. App. P. 3(c)(1)(B) (the notice of appeal must "designate the judgment, order, or part thereof being appealed.").